IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS BLANK | § | |
| VS. | § | CIVIL ACTION NO. 4:13cv14 |
| MELINDA ROBINSON, | § | |
| in her individual capacity as the supervisor | | |
| of the U.S. Marshal Service, Sherman, Texas | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. Plaintiff filed a motion to recuse the undersigned District Judge. The Magistrate Judge submitted a Report and Recommendation (docket entry #7) recommending that the motion be denied. Plaintiff then filed a second motion to recuse the undersigned. The Magistrate Judge submitted a second Report and Recommendation (docket entry #15), again recommending that the motion be denied. Plaintiff then filed objections, but the objections do not address the basis of the Magistrate Judge's recommendation. *See* docket entry #17. Instead, it simply states that he is "fearful" of prejudice in his case if the undersigned does not recuse himself. *Id*. However, as the Magistrate Judge correctly observed, prior adverse judicial rulings do not support an allegation of bias. Plaintiff has shown no extrajudicial source of bias in any proceeding before this Court and has raised none in his objections.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Plaintiff's

objections are without merit. Accordingly, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's Motions to Recuse the undersigned District Judge (docket entries #5 and 10) are hereby **DENIED**.

**SIGNED this the 28th day of June, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE