IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS BLANK | § | |
| v. | § | CIVIL ACTION NO. 4:13cv14 |
| MELINDA ROBINSON | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Defendant's motion for summary judgment should be granted and the complaint be dismissed with prejudice. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Defendant's motion for summary judgment is **GRANTED**. It is also

**ORDERED** that the complaint is **DISMISSED** with prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this the 24th day of March, 2015.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE